# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0048.  SHANAHAN v. SHANAHAN.**

Applicant Kevin Shanahan has filed a timely motion for extension of time to file his application for discretionary appeal.  The motion is hereby GRANTED; provided, that the applicant shall file his application by June 11, 2018.  See OCGA § 5-6-39 (a) (5); Court of Appeals Rule 31 (i).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/09/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*